

## NUMBER 13-09-00141-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE: FRIZO VALERO

### On Petition for Writ of Prohibition

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Frizo Valero, has filed a petition for writ of prohibition by which he requests that this Court direct respondent, the Honorable Elia Cornejo Lopez, presiding judge of the 404th Judicial District Court of Cameron County, Texas, to vacate her January 28, 2009 order granting the State's "Motion for Reconsideration and to Void Orders Modifying Probation Judgment and Dismissing Charges." On March 17, 2009, we requested the real party in interest, the State of Texas, by and through the Criminal District Attorney in and for Cameron County, Texas, to file a response to relator's petition. The State filed a response on March 31, 2009.

Having reviewed and fully considered the relator's petition for writ of prohibition and the State's response thereto, this Court is of the opinion that the relator is not entitled to

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.")

the relief sought and that the petition should be denied.  *See* T<small>EX</small>. R. A<small>PP</small>. P. 52.8(a).

Accordingly, the petition for writ of prohibition is DENIED.

PER CURIAM

Do not publish.
*See* T<small>EX</small>. R. A<small>PP</small>. P. 47.2(b).
Memorandum opinion delivered and
filed this the 1st day of April, 2009.